# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 07-CR-30137-MJR |
| ) | |
| **KENNETH KIRKLAND,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

**REAGAN, District Judge:**

On May 29, 2009, Kirkland filed a motion for new counsel indicating that he is unhappy with the Federal Public Defenders currently representing him (Doc. 96). This Court has no jurisdiction to rule on Kirkland's motion, however, because Kirkland's case is currently on appeal before the Seventh Circuit. Any requests for the appointment of new counsel in his case should be directed to the Seventh Circuit.

Accordingly, the Court **DISMISSES** Kirkland's motion for new counsel (Doc. 96).

**IT IS SO ORDERED.**

**DATED this 29th day of May 2009.**

                                                                          s/ Michael J. Reagan
                                                                         **MICHAEL J. REAGAN**
                                                                         **United States District Judge**